|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| ANTHONY ZAMORA, | Case No. 3:19-cv-00015-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| HENSEN et al., | |
| Defendants. | |

## I. DISCUSSION

On November 18, 2019, the Court issued a screening order staying this case and requiring the Attorney General's Office to inform the Court as to whether it would enter a limited notice of appearance on behalf of the only remaining Defendant, Daniel Hensen,[1] for the purpose of settlement. (ECF No. 5.) The Attorney General's Office responded that Hensen is no longer a state employee and that the Attorney General's Office cannot appear on his behalf, unless Hensen requests in writing that it do so. (ECF No. 7.) Because the Attorney General's Office cannot represent Hensen, an Inmate Early Mediation Conference is inappropriate for this case. Accordingly, this case will return to a normal litigation track.

The Attorney General's Office shall file, under seal, but not serve on Plaintiff, Hensen's last known address. If Hensen's last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide Hensen's last known physical address. Once the Attorney General's Office files Hensen last known address, the Court will issue a service order.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that by January 3, 2020, The Attorney General's Office shall file, under seal, but not serve on Plaintiff, Hensen's last known

---

[1] The complaint refers to "Senior Officer Hensen" (ECF No. 5 at 1), but the Attorney General's Office identifies the individual as Daniel Hensen (ECF No. 7 at 1).

address. If Hensen's last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide Hensen's last known physical address.

IT IS FURTHER ORDERED that once the Attorney General's Office files Hensen's last known address, under seal, the Court will issue a service order and the case shall proceed along the normal litigation track.

DATED THIS  13th  day of  December 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE